FILED

14 FEB 20 PM 2: 11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

DAVID GARCIA,

        Defendant,

Case No.: 14-MJ-00528-NLS

**ORDER OF DETENTION ON DEFENDANT'S WAIVER OF BAIL PENDING TRIAL**

In accordance with the Bail Reform Act of 1984 (18 U.S.C. § 3141, *et seq.*), a detention hearing was set for February 14, 2014 in order to determine whether DAVID GARCIA ("Defendant") should be held in custody pending trial and, if convicted, sentencing in this matter. Special Assistant United States Attorney Ryan A. Sausedo appeared on behalf of the United States. Attorney Thomas P. Matthews appeared on behalf of the Defendant.

The defendant knowingly and voluntarily waived his right to the setting of bail and a detention hearing on the record and in the presence of counsel. Based on that waiver, the Court orders that the defendant be detained pending trial and, if convicted, sentencing in this matter, without prejudice or waiver of the defendant's right to later apply for bail and conditions of release, and without prejudice or a waiver of the right of the United States to seek detention in the event of an application by the defendant for such relief.

1

## ORDER

2      IT IS HEREBY ORDERED that the defendant be detained pending trial and, if convicted,

3  sentencing in these matters.

4      IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney

5  General or his designated representative for confinement in a corrections facility separate, to the extent

6  practicable, from persons awaiting or serving sentence or being held in custody pending appeal. The

7

8  defendant shall be afforded reasonable opportunity for private consultation with counsel.

9      While in custody, upon order of a court of the United States or upon the request of an attorney for

10  the United States, the person in charge of the correctional facility shall deliver the defendant to the United

11  States Marshal for the purpose of an appearance in connection with a court proceeding or any other

12  appearance stipulated to by defense and Government counsel.

13      This order is made without prejudice to modification by this Court and without prejudice to the

14  defendant's exercise of his right to bail and a detention hearing at a future date.

15

16      IT IS SO ORDERED.

17

18

19  DATED: 2-19-14

20      THE HONORABLE NITA L. STORMES
        United States Magistrate Judge

21

22

23

24

25

26

27

28