**FILED**
Mar 11 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ georgep  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '14 CR0584 H |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Sec. 841(a)(1) – Possession of Methamphetamine with Intent to Distribute (Felony) |
| DAVID GARCIA, | |
| Defendant. | |

The United States Attorney charges:

On or about February 10, 2014, within the Southern District of California, defendant DAVID GARCIA, did knowingly and intentionally possess, with intent to distribute, a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: 3/11/14.

LAURA E. DUFFY
United States Attorney

FOR
ALEX W. MARKLE
Special Assistant U.S. Attorney

AWM:rm:2/26/2014