# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 11 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA      **WAIVER OF INDICTMENT**

    v.

DAVID GARCIA      CASE NUMBER: 14CR0584-H

I, DAVID GARCIA, the above-named defendant, who is accused of committing the following offenses:

> Possession of Methamphetamine with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1) (Felony),

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on ___3-11-14___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Defense Counsel

Before _____
        Judicial Officer