# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 14CR0584-H
  )  14MJ0528-NLS
vs )  ABSTRACT OF ORDER
  )
David Garcia )  Booking No. 46481298
  )
  )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:
Be advised that under date of **March 11, 2014**
the Court entered the following order:

[✓]  Defendant be released from custody.

[ ]  Defendant placed on supervised / unsupervised probation / supervised release.

[ ]  Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

[✓]  Defendant released on $22,000 cash bond posted.

[ ]  Defendant appeared in Court. FINGERPRINT & RELEASE.

[ ]  Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

[ ]  Defendant sentenced to TIME SERVED, supervised release for _____ years.

[ ]  c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
_____ dismissing appeal filed.

[ ]  Bench Warrant Recalled.

[ ]  Defendant forfeited collateral.

[ ]  Case Dismissed.

[ ]  Defendant to be released to Pretrial Services for electronic monitoring.

[ ]  Other _____

**NITA L. STORMES**
UNITED STATES FEDERAL JUDGE
OR
JOHN MORRILL, Acting Clerk
By G. PERRAULT
Deputy Clerk

Received _____
   DUSM

Crim-9  (Rev 6-95)

CLERK'S COPY