**FILED**
APR 1 4 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID GARCIA,<br><br>　　　　　Defendants. | Case No.: 14CR0584H<br><br>I N F O R M A T I O N<br><br>(Superseding)<br><br>Title 21, U.S.C., Secs. 846 and 841(a)(1) – Conspiracy to Distribute Methamphetamine |

The United States Attorney charges:

On or about February 10, 2014, within the Southern District of California, defendant DAVID GARCIA, did knowingly and intentionally conspire to distribute a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

DATED: 4/14/14　　.

　　　　　　　　　　　　　　　　LAURA E. DUFFY
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　for ALEX W. MARKLE
　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

AWM:rm:3/27/2014