AO 455 (Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA      **WAIVER OF INDICTMENT**
            v.                                    (Superseding)

DAVID GARCIA                 CASE NUMBER: 14CR0584H

I, DAVID GARCIA, the above-named defendant, who is accused of committing the following offenses:

    Conspiracy to Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846 (Felony)

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 4-14-14 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                                      _____
                                      Defendant

                                      _____
                                      Defense Counsel

Before _____
                Judicial Officer