# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DAVID GARCIA,<br><br>　　　　　　　　Defendant. | Criminal Case No. 14CR0584-H<br><br>ORDER ACCEPTING PLEA |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count 1 of the Superseding Information.

DATED: April 30, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT