# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 14-CR-0584-H |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE TO SURETIES BY CLERK OF COURT AS AGENT FOR OBLIGORS:** |
| DAVID GARCIA, | |
| Defendant. | **RE: MOTION FOR JUDGMENT ON DEFAULT** |

PLEASE NOTE: The plaintiff, United States of America, has filed a motion for judgment on default against defendant David Garcia, and sureties named in the appearance bond filed with the Court. Should the Court grant the motion, the judgement will be entered against the sureties. Refer to the notice provided by the United States for additional information.

Sureties and Parties notified electronically by filing with the Clerk of Court:

**Thomas P. Matthews, Esq.**
*Attorney for Defendant*

Sureties noticed by United States Postal Service:

Javier Lomeli Garcia
425 Zenith St. #A
Chula Vista, CA 91911

1
2  John P. Morrill, Clerk of Court
3  by:
4  /s/ mochoa
5  Mickey Ochoa
6
7  Financial Supervisor
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28