# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 14CR0584-H |
| Plaintiff, | ) | |
| | ) | JUDGMENT ON DEFAULT |
| v. | ) | |
| DAVID GARCIA, | ) | |
| Defendant. | ) | |

On July 28, 2014, Defendant DAVID GARCIA failed to appear for sentencing as ordered. Therefore, the bond posted in the above-entitled matter on March 11, 2014 was and is forfeited. A motion for judgment on default was made by plaintiff, United States of America, by and through its attorneys, Laura E. Duffy, United States Attorney and Alex Markle, Special Assistant United States Attorney, and after due notice of said motion having been served on all parties herein, including the Clerk of the Court as agent for the obligors on the bond;

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the plaintiff, United States of America, does have and recovers from defendant DAVID GARCIA, and the surety JAVIER LOMELI GARCIA, judgment in the sum of twenty-two thousand dollars ($22,000). Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

DATED: May 13, 2015

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-